IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE PAMCAH-UA ) <br> LOCAL 675 TRUST FUNDS ) <br> (Reginald V. Castanares, Jr., ) <br> Valentino B. Ceria, Donovan E. ) <br> Lewis, Samuel T. Fujikawa, Kent A. ) <br> Matsuzaki, and Mark K. Suzuki), by ) <br> and through their Administrator, ) <br> FRANCIS CHUN, ) <br>   ) <br>       Plaintiffs, ) <br>   ) <br>   vs. ) <br>   ) <br> EKAHI FIRE PROTECTION, LLC, ) <br>   ) <br>       Defendant. ) <br> _____ ) | CV 13-00100-HG-RLP |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 13)

Findings and Recommendation having been filed and served on all parties on May 21, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation to Grant Plaintiffs' Motion for Default Judgment Against Defendant Ekahi Fire Protection, LLC (ECF No. 13) are adopted as the opinion

and order of this Court.

    IT IS SO ORDERED.



/S/ Helen Gillmor

Helen Gillmor
United States District Judge

---

TRUSTEES OF THE PAMCAH-UA LOCAL 675 TRUST FUNDS (Reginald V. Castanares, Jr., Valentino B. Ceria, Donovan E. Lewis, Samuel T. Fujikawa, Kent A. Matsuzaki, and Mark K. Suzuki), by and through their Administrator, FRANCIS CHUN v. EKAHI FIRE PROTECTION, LLC, CV 13-00100-HG-RLP, Order Adopting Magistrate Judge's Findings and Recommendation